# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ERIC RAY RICE, | ) | 1:24-mj -00193-CL |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 24, 2024__ in the county of __Josephine__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm or Ammunition |

This criminal complaint is based on these facts:

Please see attached affidavit of ATF Special Agent Samuel Suyehira

☑ Continued on the attached sheet.

Samuel Suyehira

*Complainant's signature*

Samuel Suyehira, ATF Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/5/24

*Judge's signature*

City and state: Medford, Oregon    MARK D. CLARKE, U.S. Magistrate Judge

*Printed name and title*